# United States District Court
## NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

PATRICK DOUGLAS JOHNSON,  §
    #00399112  §
                       §    CIVIL ACTION NO. 3:25-CV-0541-S-BK
                       §
v.                      §
                       §
DIRECTOR, TDCJ-CID        §

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. Objections were filed. The Court reviewed de novo those portions of the proposed findings, conclusions, and recommendation to which objection was made, and reviewed the remaining proposed findings, conclusions, and recommendation for plain error. Finding no error, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge. For the reasons stated in the Findings, Conclusions, and Recommendation of the United States Magistrate Judge, Plaintiff's Petition for a Writ of Habeas Corpus by a Person in State Custody [ECF No. 3] is **DENIED**, and this case will be **DISMISSED WITH PREJUDICE** by separate judgment.

    **SO ORDERED.**

    SIGNED June 15, 2026.

                                        **UNITED STATES DISTRICT JUDGE**